IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRIAN PALAN,<br>                      Plaintiff,<br><br>v.<br><br>INOVIO PHARMACEUTICALS, INC.;<br>PETER KIES; J. JOSEPH KIM;<br>THOMAS KIM; AVTAR DHILLION; and<br>JEFFREY RICHARDSON,<br>                      Defendants. | CIVIL ACTION<br><br>NO. 14-5054 |

## ORDER

**AND NOW**, this 20th day of February, 2015, upon consideration of Defendants Inovio Pharmaceuticals, Inc.; Peter Kies; J. Joseph Kim; Thomas Kim; Avtar Dhillion; and Jeffrey Richardson's Motion to Dismiss for Failure to State a Claim [ECF No. 9] and the Plaintiff's Response in Opposition thereto [ECF No. 11], and for the reasons discussed in the Court's Memorandum Opinion of February 20, 2015 [ECF No. 21], **IT IS ORDERED** that:

(1) the Motion to Dismiss the Complaint is **GRANTED** as to Defendants J. Joseph Kim and Avtar Dhillion; all claims against these Defendants are **DISMISSED**;

(2) the Motion to Dismiss Count I of the Complaint is **GRANTED** as to Defendants Inovio Pharmaceuticals, Inc.; Peter Kies; Thomas Kim; and Jeffrey Richardson; Count I of the Complaint [ECF No. 1] is **DISMISSED WITHOUT PREJUDICE**;

(3) the Motion to Dismiss Count II of the Complaint is **DENIED** as to Defendants Inovio Pharmaceuticals, Inc.; Peter Kies; Thomas Kim; and Jeffrey Richardson;

(4) the Plaintiff shall be granted leave to file an amended complaint consistent with the Court's memorandum opinion; such amended complaint shall be filed by **March 6, 2015**; and

(5) the remaining Defendants shall **ANSWER** the Amended Complaint within the time provided by the Federal Rules of Civil Procedure.

BY THE COURT:

/S/WENDY BEETLESTONE, J.
_____
**WENDY BEETLESTONE, J.**