IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRIAN PALAN,**<br>　　　　　　**Plaintiff,**<br><br>　　　　v.<br><br>**INOVIO PHARMACEUTICALS, INC.;**<br>**PETER KIES; J. JOSEPH KIM;**<br>**THOMAS KIM; AVTAR DHILLION; and**<br>**JEFFREY RICHARDSON,**<br>　　　　　　**Defendants.** | CIVIL ACTION<br><br>NO.  14-5054 |

## ORDER

　　**AND NOW**, this 26th day of August, 2015, upon consideration of Defendants Inovio Pharmaceuticals, Inc. *et al.*'s Motion for Summary Judgment [ECF No. 48]; the Plaintiff Brian Palan's response in opposition thereto [ECF No. 49]; the Defendants' Reply [ECF No. 54]; and the parties' supplemental letter briefing [ECF Nos. 52 & 53] submitted in response to the Court's Order of July 22, 2015 [ECF No. 51], and for the reasons provided in the Court's memorandum opinion of August 26, 2015 [ECF No. 55], **IT IS ORDERED** as follows:

(1)　the motion for summary judgment is **GRANTED**;

(2)　**JUDGMENT IS ENTERED IN FAVOR** of Defendants Inovio Pharmaceuticals, Inc.; Peter Kies; Thomas Kim; and Jeffrey Richardson, and **AGAINST** Plaintiff, Brian Palan; and

(3)　the Clerk of Court is directed to close this case.

　　　　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　　　　**/S/WENDY BEETLESTONE, J.**

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**